# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY CLARK, JR, <br>     Plaintiff, <br> v. <br> LAS VEGAS METRO POLICE DEPT., *et al*, <br>     Defendants. | Case No. 2:25-cv-00673-GMN-NJK <br><br> **Order** |

On April 17, 2025, the Court ordered Plaintiff to either file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or pay the $405 fee for filing a civil action. Docket No. 3 at 1. Plaintiff failed to comply. *See* Docket.

Accordingly, Plaintiff is **ORDERED** to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the $405 fee for filing a civil action, no later than **June 20, 2025. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED**.

The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: May 21, 2025

                                                      Nancy J. Koppe <br>
                                                    United States Magistrate Judge