UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LARRY CLARK, JR.

                Plaintiff,

vs.

LAS VEGAS METRO POLICE DEPT., *et al*,

                Defendants.

Case No.: 2:25-cv-00673-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 5), of United States Magistrate Judge Nancy J. Koppe, which recommends that the case be dismissed without prejudice due to Plaintiff Larry Clark, Jr.'s failure to either pay the filing fee or file a motion to proceed *in forma pauperis*.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, objections to the R&R were due by July 14, 2025. (*See* R&R, ECF No. 5) (setting

a July 14, 2025, deadline for objections).  That deadline has passed with no objection from Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.

Dated this __19__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court